Douglas A. Wain, Pro Per, Elisa Wain, Pro Per
P.O. Box 7473, Westlake Village, CA 91359
douglaswain@gmail.com 859.494.3677

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br>Douglas Alan Wain, Elisa Wain,<br>    Debtors, | CASE NO. 1:24-bk-11814-MB<br>CHAPTER 13<br>JUDGE: HON. Martin R. Barash |
| Douglas Alan Wain and Elisa Wain<br>    Plaintiffs,<br>    vs.<br>Central Bank & Trust Co.<br>    Defendant. | Adv. Proc. No. 1:25-ap-01026-MB<br>**PLAINTIFFS'/DEBTORS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS'/DEBTORS' MOTION FOR LEAVE**<br>**Hearing Date**: March 5, 2026<br>**Time:** 11:30 AM<br>**Courtroom:** 303<br>**Address:** 21041 Burbank Blvd. Woodland Hills, CA 91367 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE; TO DEFENDANT CENTRAL BANK AND TRUST CO. AND ITS COUNSEL OF RECORD; AND TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that, pursuant to Local Bankruptcy Rule 9013-1 and applicable Court procedures, Plaintiffs/Debtors Douglas Alan Wain and Elisa Wain (collectively, "Plaintiffs'/Debtors'") hereby notify the Court that as of the close of

---
1
NOTICE OF NON-OPPOSITION TO PLAINTIFFS'/DEBTORS' MOTION FOR LEAVE

business on February 19, 2026 — the deadline for filing oppositions to motions scheduled for hearing on March 5, 2026 — Defendant Central Bank and Trust Co. ("CBT") has filed **no opposition** to Plaintiffs'/Debtors' Motion for Leave.

As the deadline for a timely opposition has passed without any filing by CBT, and no request for extension of time was made, Plaintiffs/Debtors respectfully submit that CBT has waived its right to oppose the Motion for Leave and that the motion stands unopposed.

Plaintiffs therefore respectfully request that the Court grant Plaintiffs'/Debtors' Motion for Leave in its entirety.

Dated: February 23, 2026

Respectfully submitted,

| Douglas A. Wain, Pro Per | Elisa Wain, Pro Per |
| Plaintiff/Debtor | Plaintiff/Debtor |

Contact Information:
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com

2
NOTICE OF NON-OPPOSITION TO PLAINTIFFS'/DEBTORS' MOTION FOR LEAVE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, a true and correct copy of the foregoing **PLAINTIFFS'/DEBTORS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS'/ DEBTORS' MOTION FOR LEAVE** was filed with the Clerk of the Court using the E-Dropbox electronic filing system. I further certify that I have served a true and correct copy via email, on the following parties:

William E. Ireland
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: (213) 542-8000
Email: wireland@hbblaw.com
*Counsel for Defendant Central Bank & Trust Co.*

Elizabeth F. Rojas
S. Renee Sawyer Blume
Office of the Chapter 13 Trustee
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
Email: lrojas@ch13wla.com
Email: rblume@ch13wla.com

United States Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017
Email: USTP.Region16@usdoj.gov

Douglas A. Wain, Pro Per Plaintiff/Debtor