William E. Ireland (Bar No. 115600)
  *wireland@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone:  213.542.8000
Facsimile:  213.542.8100

Attorneys for Creditor
Central Bank & Trust Co.

**FILED & ENTERED**

**JUN 30 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Cetulio   DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Douglas Wain<br>Elisa Wain,<br><br>　　　　　Debtors.<br>_____<br><br>DOUGLAS A. WAIN, and ELISA WAIN,<br>,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CENTRAL BANK & TRUST, CO., ,<br><br>　　　　　Defendant. | Case No. 1:24-bk-11814-MB<br><br>ADV. NO. 1:25-ap-01026-MB<br><br>**ORDER RE: CENTRAL BANK'S EX PARTE APPLICATION AND DECLARATION OF WILLIAM IRELAND**<br><br>Date:　No Date<br>Time:　None Set |

TO ALL INTERESTED PARTIES:

This Application requesting a continuance of the matters set for July 2, 2026(See ADV No. 25-01026-MB, Doc. 35) came before the Court on an ex parte basis at United States Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367. Ex Parte applications are considered on papers only; no appearances by counsel.

CB29-0000001
4920-0899-2692.1

1

[PROPOSED] ORDER RE: CENTRAL BANK'S
EX PARTE APPLICATION AND
DECLARATION OF WILLIAM IRELAND

The Court having reviewed the papers filed by the Parties, hereby grants the EX PARTE APPLICATION, and continues the hearings in the adversary matter for Plaintiff's Revised Motion for Summary Judgment; and the Status Conference Re Complaint to September 3, 2026, at 11:30 a.m. in Courtroom 303 and via ZoomGov.

###

Date: June 30, 2026

_____
Martin R Barash
United States Bankruptcy Judge

CB29-0000001
4920-0899-2692.1

2    [PROPOSED] ORDER RE: CENTRAL BANK'S
EX PARTE APPLICATION AND
DECLARATION OF WILLIAM IRELAND