Douglas A. Wain
Elisa Wain
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Plaintiffs, Pro Per

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Douglas Alan Wain, Elisa Wain,<br><br>Debtors, | **Case No. 1:24-bk-11814-MB**<br><br>**Adv. Proc. No. 1:25-ap-01026-MB**<br><br>**Chapter 13** |
| Douglas Alan Wain and Elisa Wain<br><br>Plaintiffs,<br><br>vs.<br><br>Central Bank & Trust Co.<br><br>Defendant. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDERS COMPELLING DEPOSITIONS, FOR A PROTECTIVE ORDER, AND FOR RELATED RELIEF; JOINT STIPULATION [LBR 7026-1(c)(3)] AND DECLARATION OF DOUGLAS A. WAIN FILED CONCURRENTLY**<br><br>**Hon. Martin R. Barash**<br><br>**Hearing Date: [_____]**<br>**Hearing Time: [_____]**<br>**Courtroom: 303**<br>**21041 Burbank Blvd., Woodland Hills, CA**<br><br>**[Hearing set pursuant to Application for Order Setting Hearing on Shortened Notice filed concurrently]** |

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE,

DEFENDANT CENTRAL BANK & TRUST CO., AND ITS COUNSEL OF RECORD:

1

PLEASE TAKE NOTICE that on the date and time set forth above, or as soon thereafter as the matter may be heard, in Courtroom 303 of the United States Bankruptcy Court, 21041 Burbank Boulevard, Woodland Hills, California, Plaintiffs Douglas A. Wain and Elisa Wain, pro per ("Plaintiffs"), will and hereby do move this Court for the orders described below (the "Motion").

The Motion is made pursuant to Federal Rules of Civil Procedure 26, 30, 37, and 45, made applicable to this adversary proceeding by Federal Rules of Bankruptcy Procedure 7026, 7030, 7037, and 9016, and Local Bankruptcy Rule 7026-1(c). It is based on this Notice of Motion and Motion; the Joint Stipulation Regarding Discovery Disputes Pursuant to LBR 7026-1(c)(3) filed concurrently herewith (the "Joint Stipulation"), which sets forth each disputed issue and the parties' respective contentions; the Declaration of Douglas A. Wain and Exhibits A–K thereto filed concurrently herewith; the Supplemental Declaration of Douglas A. Wain Regarding the Parties' August 5, 2026 Correspondence, if filed; the pleadings and records on file in this adversary proceeding and the underlying chapter 13 case; and such further evidence and argument as may be presented at or before the hearing.

By this Motion, Plaintiffs seek the following orders, as set forth more fully in Section III of the Joint Stipulation:

(1) An order compelling Timothy R. Wiseman to appear for deposition as subpoenaed, on August 17, 2026 or a date the Court sets;

(2) An order compelling CBT to produce Luther Deaton Jr. for deposition as noticed, on August 27, 2026 or a date the Court sets;

(3) An order confirming that the deposition of Donna Craven may proceed for one day of seven hours under Fed. R. Civ. P. 30(d)(1);

PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS AND FOR PROTECTIVE ORDER

**(4)** An order holding CBT's July 27, 2026 deposition notice invalid and directing that Mr. Wain's deposition proceed by remote videoconference on a mutually agreeable date, or a date the Court sets;

**(5)** An order extending the August 31, 2026 discovery cutoff by 30 days, through and including September 30, 2026, for the limited purpose of completing the depositions addressed in the Joint Stipulation;

**(6)** In the alternative to item (1), if Mr. Wiseman does not appear for deposition as ordered, an order striking the two declarations of Timothy R. Wiseman (the first submitted with CBT's Proof of Claim No. 1, filed December 20, 2024, and the second filed February 12, 2026, as Docket No. 31 in this adversary proceeding);

**(7)** A protective order under Fed. R. Civ. P. 26(c) directing that all further meet-and-confer communications between the parties be conducted in writing except where a rule, court order, or the Local Bankruptcy Rules require a telephonic or in-person conference, and directing that all remaining depositions be conducted in conformity with Fed. R. Civ. P. 30(c) and the Central District's Civility and Professionalism Guidelines, without prejudice to Plaintiffs' right to seek sanctions should the conduct described in Issue No. 5 of the Joint Stipulation continue; and

**(8)** An order awarding Plaintiffs their reasonable expenses under Fed. R. Civ. P. 37(a)(5), Fed. R. Civ. P. 26(c)(3), and LBR 7026-1(c)(4).

The conference of counsel required by LBR 7026-1(c) occurred by telephone on July 30, 2026. The Joint Stipulation was served on CBT's counsel on August 3, 2026; CBT's contentions were due within seven days of the July 30, 2026 conference, no later than August 6, 2026, pursuant to LBR 7026-1(c)(4). CBT provided its contentions on August 5, 2026, and thereafter revised its own sections of the Joint Stipulation on August 5, 2026. The Joint Stipulation as filed is the version

PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS AND FOR PROTECTIVE ORDER

last revised by CBT, incorporating CBT's contentions as provided, and incorporating Plaintiffs' sections as last transmitted to CBT on August 5, 2026.

PLEASE TAKE FURTHER NOTICE that any response or opposition to the Motion must be filed and served in accordance with the Local Bankruptcy Rules and any order of this Court setting the hearing, including any order setting the hearing on shortened notice. Failure to timely respond may be deemed consent to the relief requested. LBR 9013-1(h).

DATED: August 6, 2026

Douglas A. Wain
On behalf of Plaintiffs Douglas A. Wain
and Elisa Wain, Pro Per

PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS AND FOR PROTECTIVE ORDER