Douglas A. Wain
Elisa Wain
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Plaintiffs, Pro Per

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Douglas Alan Wain, Elisa Wain,<br><br>Debtors,<br><br>Douglas Alan Wain and Elisa Wain<br><br>Plaintiffs,<br><br>vs.<br><br>Central Bank & Trust Co.<br><br>Defendant. | Case No. 1:24-bk-11814-MB<br><br>Adv. Proc. No. 1:25-ap-01026-MB<br><br>Chapter 13<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]; DECLARATION OF DOUGLAS A. WAIN IN SUPPORT**<br><br>Hon. Martin R. Barash<br><br>[No hearing required unless ordered] |

Plaintiffs Douglas A. Wain and Elisa Wain, pro per ("Plaintiffs"), apply pursuant to LBR 9075-1(b) for an order setting a hearing on shortened notice on Plaintiffs' Motion for Orders Compelling Depositions, for a Protective Order, and for Related Relief (the "Motion"), filed concurrently herewith.

**Relief Requested**

Plaintiffs request that the Court set the Motion for hearing on or before Friday, August 14, 2026, or the earliest date available on the Court's calendar, with any opposition to be presented orally at the hearing or in writing by a deadline the Court sets, and that notice of the hearing as set

APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

be given by email service on CBT's counsel, which the parties' course of dealing establishes as effective same-day service.

**Good Cause**

Good cause exists to shorten time. The discovery cutoff in this adversary proceeding is August 31, 2026. Five depositions noticed or subpoenaed by Plaintiffs are set for August 17 through August 27, 2026, and Plaintiffs' own deposition is in dispute for the same period. On the Court's regular notice period of at least 21 days, LBR 9013-1(d), the earliest hearing would occur after the noticed deposition dates and at or after the discovery cutoff, rendering the Motion moot in substantial part and leaving the parties' disputes — including CBT's announced refusals to produce witnesses — unresolved before the cutoff. A hearing on shortened notice on or before August 14, 2026 permits the Court to rule while the noticed deposition dates and the cutoff can still be preserved.

The Motion follows the conference of counsel required by LBR 7026-1(c), held July 30, 2026, and service of the proposed joint stipulation on August 3, 2026. CBT provided its contentions on August 5, 2026, thereafter revised its own sections, and returned the Joint Stipulation signed by its counsel on August 6, 2026. CBT has been on notice since at least July 29, 2026 that Plaintiffs would file this Motion. No party will be prejudiced by shortened notice: the disputes are fully framed in the Joint Stipulation, which CBT's counsel has signed after stating CBT's contentions in that document pursuant to LBR 7026-1(c)(3)–(4).

DATED: August 7, 2026

Douglas A. Wain
On behalf of Plaintiffs Douglas A. Wain
and Elisa Wain, Pro Per

APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

**DECLARATION OF DOUGLAS A. WAIN**

I, Douglas A. Wain, declare as follows:

1. I am a plaintiff in this adversary proceeding, appearing pro per. I have personal knowledge of the facts stated below and could and would testify competently to them.

2. The discovery cutoff in this adversary proceeding is August 31, 2026. Plaintiffs' five depositions are noticed or subpoenaed for the period August 17 through August 27, 2026: Timothy R. Wiseman (August 17), Donna Craven (August 18, per the parties' resolution stated in the Joint Stipulation), Steve Hall (August 21), Crowe LLP's Rule 30(b)(6) designee (August 24), and Luther Deaton Jr. (August 27).

3. Counsel for CBT has stated in writing that Mr. Wiseman and Mr. Deaton will not be produced as noticed. The parties have resolved the date and length of Ms. Craven's deposition — August 18, 2026, without special limitation — as stated in the Joint Stipulation. The parties held the conference of counsel required by LBR 7026-1(c) on July 30, 2026, and the remaining disputes were not resolved.

4. I served the proposed Joint Stipulation on CBT's counsel by email on August 3, 2026, with a hard copy following by U.S. Mail, requesting CBT's contentions by August 6, 2026 pursuant to LBR 7026-1(c)(4). CBT provided its contentions on August 5, 2026, and returned the Joint Stipulation signed by its counsel on August 6, 2026.

5. If the Motion is heard on regular notice of 21 days or more, the hearing will occur after the noticed deposition dates and at or after the discovery cutoff. A hearing on or before August 14, 2026 would permit the Court to resolve the disputes while the deposition dates and cutoff can still be preserved.

6. Service of any order shortening time and notice of the hearing can be accomplished by email on CBT's counsel, William Ireland (wireland@hbblaw.com, with copy to

3

APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE

jsoto@hbblaw.com), consistent with the parties' course of service by email with hard copy to follow by U.S. Mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, at Calabasas, California.

Douglas A. Wain, Declarant

APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE