Douglas A. Wain
Elisa Wain
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Plaintiffs, Pro Per

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | **Case No. 1:24-bk-11814-MB** |
| Douglas Alan Wain, Elisa Wain, | **Adv. Proc. No. 1:25-ap-01026-MB** |
| Debtors, | **Chapter 13** |
| Douglas Alan Wain and Elisa Wain | **PROOF OF SERVICE** |
| Plaintiffs, | **Hon. Martin R. Barash** |
| vs. | |
| Central Bank & Trust Co. | |
| Defendant. | |

I am over the age of 18 years. My address is P.O. Box 7473, Westlake Village, CA 91359.

On August 7, 2026, I served true and correct copies of the following document(s):

1.  Plaintiffs' Notice of Motion and Motion for Orders Compelling Depositions, for a Protective Order, and for Related Relief;

2.  Joint Stipulation Regarding Discovery Disputes Pursuant to LBR 7026-1(c)(3);

3.  Declaration of Douglas A. Wain in Support (with Exhibits A–K);

4.  Application for Order Setting Hearing on Shortened Notice [LBR 9075-1(b)]; and

5.  [Proposed] Orders submitted therewith,

1

PROOF OF SERVICE

on the interested parties in this action as follows:

**William Ireland, Esq.**
Haight Brown & Bonesteel LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, CA 90071
wireland@hbblaw.com; jsoto@hbblaw.com
Counsel for Defendant Central Bank & Trust Co.

**BY EMAIL:** I transmitted the document(s) by electronic mail to the email address(es) stated above, pursuant to the parties' agreement that service be made by email with hard copies to follow by U.S. Mail. The transmission was reported complete and without error.

**BY U.S. MAIL:** I enclosed the document(s) in a sealed envelope addressed as stated above, with postage fully prepaid, and deposited the envelope with the United States Postal Service at Westlake Village, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2026, at Calabasas, California.

Douglas A. Wain, Declarant

2

PROOF OF SERVICE