DOUGLAS A. WAIN
ELISA WAIN
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Plaintiffs in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br>Douglas Alan Wain, Elisa Wain,<br>Debtors, | **Case No. 1:24-bk-11814-MB**<br>**Adv. Proc. No. 1:25-ap-01026-MB**<br>**Chapter 13** |
| Douglas Alan Wain and Elisa Wain<br>Plaintiffs,<br>vs.<br>Central Bank & Trust Co.<br>Defendant. | **PROOF OF SERVICE**<br>**Hon. Martin R. Barash** |

I am over the age of 18 years. My address is P.O. Box 7473, Westlake Village, CA 91359.

On August 17, 2026, I served true and correct copies of the following document(s):

1. Plaintiffs' Opposition to Non-Party Timothy R. Wiseman's Motion to Quash, or in the Alternative for a Protective Order; Memorandum of Points and Authorities;
2. Declaration of Douglas A. Wain in Support of Plaintiffs' Opposition (with Exhibits 1–4); and
3. [Proposed] Order Denying Non-Party Timothy R. Wiseman's Motion to Quash and Setting Deposition,

on the interested parties in this action as follows:

**William Ireland, Esq.**
Haight Brown & Bonesteel LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, CA 90071
wireland@hbblaw.com; jsoto@hbblaw.com
Counsel for Defendant Central Bank & Trust Co. and for Non-Party Movant Timothy R. Wiseman

**Timothy R. Wiseman, Esq.**
Stoll Keenon Ogden PLLC
300 W. Vine Street, Suite 2100
Lexington, KY 40507
tim.wiseman@skofirm.com
Non-Party Movant

**BY EMAIL:** I transmitted the document(s) by electronic mail to the email addresses stated above, consistent with the parties' course of service by email. The transmission was reported complete and without error.

**BY U.S. MAIL:** I enclosed the document(s) in a sealed envelope addressed to counsel at the Los Angeles address stated above, with postage fully prepaid, and deposited the envelope with the United States Postal Service at Westlake Village, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2026, at Calabasas, California.

Douglas A. Wain, Declarant