DOUGLAS A. WAIN
ELISA WAIN
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Plaintiffs in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br>Douglas Alan Wain, Elisa Wain,<br>Debtors, | **Case No. 1:24-bk-11814-MB**<br><br>**Adv. Proc. No. 1:25-ap-01026-MB**<br><br>**Chapter 13** |
| Douglas Alan Wain and Elisa Wain<br><br>Plaintiffs,<br><br>vs.<br><br>Central Bank & Trust Co.<br>Defendant. | **NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR ORDERS COMPELLING DEPOSITIONS, FOR A PROTECTIVE ORDER, AND FOR RELATED RELIEF**<br><br>**Hon. Martin R. Barash**<br><br>**Hearing:**<br>**Date: September 24, 2026**<br>**Time: 2:30 p.m.**<br>**Courtroom: 303**<br>**Address: 21041 Burbank Blvd. Woodland Hills. CA 91367** |

**NOTICE OF HEARING**

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Plaintiffs' Motion for Orders Compelling Depositions, for a Protective Order, and for Related Relief (Adv. Doc. 47), filed August 7, 2026, has been set for hearing by the Court as follows:

**Date:** Wednesday, September 24, 2026

**Time:** 2:30 p.m.

**Place:** Courtroom 303, United States Bankruptcy Court,
21041 Burbank Blvd., Woodland Hills, CA 91367

**Judge:** Honorable Martin R. Barash

PLEASE TAKE FURTHER NOTICE that parties and interested persons may attend the hearing remotely by ZoomGov audio and video. The ZoomGov connection information for the hearing is set forth in the Supplemental Notice of Availability of ZoomGov Audio/Video filed and served concurrently herewith.

The Motion, and all pleadings and papers filed in support thereof, are on file with the Court and may be reviewed on the Court's docket. Any response or opposition to the Motion, if any, shall be filed and served in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

DATED: August 19, 2026

Douglas A. Wain
On behalf of Plaintiffs Douglas A. Wain
and Elisa Wain, Pro Per