William E. Ireland (Bar No. 115600)
*wireland@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Creditor
Central Bank & Trust Co.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>Douglas Wain<br>Elisa Wain,<br><br>Debtors. | Case No. 1:24-bk-11814-MB<br><br>ADV. NO. 1:25-ap-01026-MB<br><br>**NOTICE OF HEARING**<br><br>DATE: September 24, 2026<br>Time: 2:30PM<br>Courtroom: 303<br>Address: 21041 Burbank Blvd. Woodland Hills, CA 91367 |
| DOUGLAS A. WAIN, and ELISA WAIN, ,<br>Plaintiff,<br><br>v.<br><br>CENTRAL BANK & TRUST, CO., ,<br><br>Defendant. | |

TO THE COURT AND THE DEBTORS/ PLAINTIFFS:

The Court has set for hearing on September 24, 2026, at 2:30 pm in Courtroom 303 at 21041 Burbank Blvd., in Woodland Hills, CA, Central Bank's Motion to Quash Deposition of an Apex Executive Luthor Deaton (Docket No. 76). The updated and corrected Zoom and audio and video information for that hearing date is:

Video/Audio Web Address: https://cacb.zoomgov.com/j/1600917003

ZoomGov Meeting Number: 160 091 7003

Password: 537386



Haight

Telephone Conference Line: 1 (669) 254-5252 or 1 (646) 828-7666

Except with respect to evidentiary hearings, or as otherwise ordered by the Court parties in interest (and their counsel) may connect by ZoomGov audio and video free of charge using the connection information provided above. Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited.

Parties in interest mat participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as iPhone or Android phone). Members of the public, the press and parties in interest may participate by audio only using a telephone (standard telephone charges may apply). Neither a Zoom or a ZoomGov account is necessary to participate remote and there are no fees doing so. No pre-registration or prior approval is required. The audio portion of each hearing will be recorded electronically by the Court and that the recording will constitute its official record. Recording retransmitting photographing or imaging court proceedings by any means is strictly prohibited.

DATED: August 27, 2026 HAIGHT BROWN & BONESTEEL LLP

By: *_/s/ William E. Ireland_*
William E. Ireland
Attorneys for Creditor
Central Bank & Trust Co.

Haight

Haight

# PROOF OF SERVICE

In Re Douglas Alan Wain; Elisa Wain

Case No. 1:24-bk-11814

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

On August 27, 2026, I served true copies of the following document(s) described as **NOTICE OF AVAILABILITY OF ZOOMGOV AUDIO/VIDEO FOR HEARING CENTRAL BANK'S MOTION TO QUASH DEPOSITION OF AN APEX EXECUTIVE LUTHOR DEATON (DOCKET NO. 76)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jsoto@hbblaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 27, 2026, at Los Angeles, California.

*Jennifer Soto*
Jennifer Soto

**SERVICE LIST**
**In Re Douglas Alan Wain; Elisa Wain**
**Case No. 1:24-bk-11814**

Douglas Wain
Elisa Wain
P.O. Box 7473
Westlake Village, CA 91359

Tel: 859.494.3677
douglaswain@gmail.com

***Plaintiffs in Pro Per***

Haight