DOUGLAS A. WAIN
ELISA WAIN
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Plaintiffs in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **In re**<br><br>**Douglas Alan Wain, Elisa Wain,**<br><br>**Debtors,**<br>____________<br><br>**Douglas Alan Wain and Elisa Wain**<br><br>**Plaintiffs,**<br>**vs.**<br><br>**Central Bank & Trust Co.**<br><br>**Defendant.** | **Case No. 1:24-bk-11814-MB**<br><br>**Adv. Proc. No. 1:25-ap-01026-MB**<br><br>**Chapter 13**<br><br>**PROOF OF SERVICE OF DOCUMENTS**<br><br>**Hon. Martin R. Barash**<br><br>**Hearing on Doc. 80 (Doc. 83):**<br>**September 24, 2026, 2:30 p.m.**<br>**Courtroom 303**<br>**21041 Burbank Blvd.**<br>**Woodland Hills, CA 91367** |

**PROOF OF SERVICE**

I am a plaintiff in this adversary proceeding and a party to this action; service by a party is permitted for the service described below, which is made by agreed electronic means and by United States Mail. My address is P.O. Box 7473, Westlake Village, CA 91359.

On September 17, 2026, I served true and correct copies of the following documents:

1. PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ORDERS COMPELLING FURTHER RESPONSES TO WRITTEN DISCOVERY, COMPELLING PRODUCTION OF DOCUMENTS, DETERMINING THE SUFFICIENCY OF ANSWERS TO REQUESTS FOR ADMISSION, AND FOR EXPENSES UNDER RULE 37(a)(5) (DOC. 80);

2. SECOND SUPPLEMENTAL DECLARATION OF DOUGLAS A. WAIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL WRITTEN DISCOVERY (DOC. 80); INDEX OF EXHIBITS; and

3. EXHIBIT EE TO THE SECOND SUPPLEMENTAL DECLARATION OF DOUGLAS A. WAIN (complete certified transcript of the August 21, 2026 deposition of Steven Dennis Hall, with word index and Hall Exhibits 1–7)

on the following counsel of record for Defendant Central Bank & Trust Co.:

William E. Ireland, Esq.
Jennifer Soto
Haight Brown & Bonesteel LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, CA 90071
wireland@hbblaw.com; jsoto@hbblaw.com

Service was made BY EMAIL to the email addresses stated above, and BY UNITED STATES MAIL, first class, postage prepaid, in a sealed envelope addressed as stated above and deposited with the United States Postal Service at Bradenton, Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2026, at Bradenton, Florida.

Douglas A. Wain

Plaintiff, Pro Per