DOUGLAS A. WAIN
ELISA WAIN
P.O. Box 7473
Westlake Village, CA 91359
Telephone: (859) 494-3677
Email: douglaswain@gmail.com
Plaintiffs in Pro Per

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **In re**<br><br>**Douglas Alan Wain, Elisa Wain,**<br><br>**Debtors,**<br>______________________________<br><br>**Douglas Alan Wain and Elisa Wain**<br><br>**Plaintiffs,**<br>**vs.**<br><br>**Central Bank & Trust Co.**<br><br>**Defendant.** | **Case No. 1:24-bk-11814-MB**<br><br>**Adv. Proc. No. 1:25-ap-01026-MB**<br><br>**Chapter 13**<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENTS FILED IN THIS ADVERSARY PROCEEDING IN ERROR (DOCS. 95, 96, AND 97)**<br><br>**Hon. Martin R. Barash** |

**NOTICE OF WITHDRAWAL**

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE CLERK OF THE COURT, AND TO DEFENDANT CENTRAL BANK & TRUST CO. AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Douglas Alan Wain and Elisa Wain hereby withdraw the following documents, filed September 20, 2026 and entered on the docket of this adversary proceeding on September 21, 2026: (1) Debtors' Supplemental Objection to Amended

Proof of Claim of Central Bank & Trust Co. (Doc. 82) and Evidentiary Objections to Declaration of Becky Sloce-Mullins; Supplemental Memorandum in Support of Objection to Claim No. 1 (Doc. 38) (Adv. Doc. 95); (2) Declaration of Douglas A. Wain in Support thereof, with Index of Exhibits and Exhibits A through G (Adv. Doc. 96); and (3) the Proof of Service thereof (Adv. Doc. 97).

The documents relate to Debtors' Objection to Claim No. 1 (Doc. 38) and to the document Central Bank & Trust Co. filed as Doc. 82, both pending in the main bankruptcy case, In re Wain, Case No. 1:24-bk-11814-MB. They were docketed in this adversary proceeding in error. At the direction of the Clerk's office, Plaintiffs are withdrawing them here and filing them in the main case under a caption bearing only the main case number.

This withdrawal is without prejudice. The documents sought no relief in this adversary proceeding, and nothing in this Notice waives or modifies any position, objection, or request for relief stated in them, all of which are preserved in the main case. Plaintiffs' Motion for Orders Compelling Further Responses to Written Discovery (Adv. Doc. 80), Reply (Adv. Doc. 92), and Second Supplemental Declaration (Adv. Doc. 93), set for hearing September 24, 2026 at 2:30 p.m., are unaffected.

DATED: September 21, 2026

Douglas A. Wain
Plaintiff, Pro Per

Elisa Wain
Plaintiff, Pro Per