ORDER No. ________

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 13.00

APPEAL? ☐Yes ☒No
APPEAL No. ______ (If known)

(File this form on the related case docket)

Ordering Party's Name: Douglas A. Wain Attorney Bar# N/A

Law Firm: N/A

Mailing Address: P.O. Box 7473, Westlake Village, CA 91359

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement****): Douglas A. Wain

Telephone: (859) 494-3677 E-mail: douglaswain@gmail.com

Bankruptcy Case #: 1:24-bk-11814-MB Adversary Proceeding #/MP #: 1:25-ap-01026-MB

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): June 4, 2026 Time: 11:30 a.m

Debtor: Douglas A. Wain and Elisa Wain

Adversary Proceeding Name: Douglas A. Wain and Elisa Wain vs. Central Bank & Trust Co.

Hearing Judge: M. Barash Courtroom #: SELECT

**TRANSCRIBER:** Ben Hyatt **ALTERNATE:** eScribers
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)
☐ 14 Days
☒ 7 Days
☐ 3 Days
☐ Next Day (24 hours)
☒ Entire Hearing
☐ Ruling/Opinion of Judge only
☐ Testimony of Witness ________________ (name of witness)
☐ Other*

*Special Instructions: Transcript of entire hearing on June 4, 2026 at 11:30 a.m - San Fernando Div., Courtroom 303

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, ***Transcript Costs/Forms of Payment.***

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: ____________ Date Sent to Transcriber: __________ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _______Time End (Index #): _____Time Start: _______Time End: ______

(Tape #:____)Time Start (Index #): _______Time End (Index #): _____Time Start: _______Time End: ______

Court Recorder: ____________________Division:___________Processed by: ____________________

## **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.