William E. Ireland (Bar No. 115600)
*wireland@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Creditor
Central Bank & Trust Co.

Haight

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>Douglas Wain<br>Elisa Wain,<br><br>Debtors. | Case No. 1:24-bk-11814-MB<br><br>Chapter 13<br><br>JUDGE Martin R. Barash<br><br>Adv. Proc. No. 1:25-ap-01026-MB |
| DOUGLAS ALAN WAIN and ELISA WAIN,<br><br>Plaintiffs<br><br>v.<br><br>CENTRAL BANK & TRUST CO.<br><br>Defendant | **CREDITOR CENTRAL BANK & TRUST CO.'S NOTICE OF WITHDRAWAL OF CLAIM**<br><br>Status Conference Date: Nov. 19, 2026<br>Time: 2:30 pm<br>Courtroom 303<br>Address: 21041 Burbank Blvd., Woodland Hills, CA 91367 |

TO THE COURT AND THE DEBTORS/ PLAINTIFFS:

COMES NOW, CREDITOR CENTRAL BANK & TRUST CO.("CENTRAL BANK") hereby gives notice that it has withdrawn its Proof of Claim, in this matter. It has filed an amended Claim doing so.

CENTRAL BANK understands that a status conference in the Wain Bankruptcy and in the Wain Adversary Proceeding against Central Bank is set for November 19, 2026 at 2:30 pm. CENTRAL BANK would respectfully suggest that

the Court and the Parties should address at that time the consequences of that Withdrawal on these pending matters.

CENTRAL BANK would also respectfully request that the Court modify the time of the hearing of the matters in this case from 2:30 to 3:00 pm. Counsel has a tight schedule that afternoon with other matters, and might be slightly late for the 2:30 hearing time, even appearing remotely.

DATED: October 30, 2026 HAIGHT BROWN & BONESTEEL LLP

By: *\/s/ William E. Ireland*
William E. Ireland
Attorneys for Creditor
Central Bank & Trust Co.

Haight

Haight

**PROOF OF SERVICE**

In Re Douglas Alan Wain; Elisa Wain

Case No. 1:24-bk-11814

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

On October 30, 2026, I served true copies of the following document(s) described as **Creditor's Notice of Withdrawal** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address wireland@hbblaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 30, 2026, at Los Angeles, California.

*William Ireland*

William Ireland

**SERVICE LIST**
**In Re Douglas Alan Wain; Elisa Wain**
**Case No. 1:24-bk-11814**

Douglas Wain
Elisa Wain
P.O. Box 7473
Westlake Village, CA 91359

Tel: 859.494.3677
douglaswain@gmail.com

***Plaintiffs in Pro Per***

Haight